UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIM. NO.01-80176

v.        HON.  JULIAN A. COOK, JR.

D-3   HECTOR VALLEJO,

        Defendant.
_____/

## MOTION  AND BRIEF TO DISMISS INDICTMENT AND BENCH WARRANT

THE UNITED STATES OF AMERICA moves this Court for leave to dismiss the Indictment returned March 13, 2001, and the Bench Warrant issued on April 5, 2001, against HECTOR VALLEJO in the above-entitled case for the reason that defendant was pronounced dead on July 1, 2005.

s/Dawn N. Ison
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI  48226
Phone: (313) 226-9567
Email:  dawn.ison@usdoj.gov
Bar No.  P-43111

s/With Consent of Barbara L. McQuade
United States Attorney

Dated:        January 13, 2012