UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-3   HECTOR VALLEJO,

      Defendant.
      _____/

CRIMINAL NO. 01-80176

HON. JULIAN ABELE COOK. JR.

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment and Bench Warrant against HECTOR VALLEJO. Accordingly, IT IS HEREBY ORDERED that the Indictment and Bench Warrant against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                                            S/Julian Abele Cook, Jr.
                                            JULIAN ABELE COOK, JR.
                                            United States District Judge

Entered: January 13, 2012